[No. 9712–9–III.  Division Three.  February 22, 1990.]

RICHARD B. TALBOTT, *Appellant,* v. SUTTER INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–2–02491–4, Thomas E. Merryman, J., entered November 18, 1988. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and Shields, J.

[No. 24379–9–I.  Division One.  February 26, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JULIE K. WILKINSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89–1–00141–6, John E. Rutter, Jr., J., entered June 30, 1989. *Remanded with instructions* by unpublished per curiam opinion.

[No. 23795–1–I.  Division One.  February 26, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. CHAD E. PARRAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–8–04790–3, Stephen M. Gaddis, J. Pro Tem., entered January 31, 1989. *Reversed* by unpublished per curiam opinion.